

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JESSE SCOTT SHOBERT, | § | |
| Appellant, | § | No. 08-12-00043-CR |
| | § | Appeal from the |
| v. | § | 415th District Court |
| THE STATE OF TEXAS, | § | of Parker County, Texas |
| Appellee. | § | (TC#CR11-0567) |
| | § | |

## MEMORANDUM OPINION

Appellant Jesse Scott Shobert pleaded guilty to the offense of aggravated assault with a deadly weapon and a jury assessed punishment at twenty years' imprisonment in the Texas Department of Criminal Justice, Institutional Division.   Appellant appealed.

Appellant's court-appointed counsel has filed a motion to withdraw along with a brief in which he has concluded that the appeal is frivolous and without merit.  The brief meets the requirements of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493, *reh. denied*, 388 U.S. 924, 87 S.Ct. 2094, 18 L.Ed.2d 1377 (1967), by presenting a professional evaluation of the record demonstrating why, in effect, there are no arguable grounds to be advanced.  *See High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim.

App. 1974); *Jackson v. State*, 485 S.W.2d 553 (Tex. Crim. App. 1972); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). A copy of counsel's brief and the appellate record have been delivered to Appellant, and Appellant has been advised of his right to file a *pro se* brief. This Court granted an extension of time for Appellant to file a *pro se* brief. No *pro se* brief has been filed.

We have carefully reviewed the record and counsel's brief in its entirety, and we agree with counsel's professional assessment that the appeal is frivolous and without merit. *See Anders*, 386 U.S. at 744; *Garner v. State*, 300 S.W.3d 763, 766 (Tex. Crim. App. 2009); *Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005). Further, we find nothing in the record that might arguably support the appeal. The judgment of conviction is affirmed.


GUADALUPE RIVERA, Justice

April 19, 2013

Before McClure, C.J., Rivera, and Rodriguez, JJ.

(Do Not Publish)

2